908 A.2d 266

**UGI UTILITIES, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, Department of Transportation and Borough of West Reading, Appellees.**

Supreme Court of Pennsylvania.

Aug. 29, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of August, 2006, the above-captioned appeal is quashed as an appeal from a non-final order.